UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUN 25 2020
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEDRICK BAKER, )<br>)<br>Defendant. ) | CAUSE NO.  1:20-cr-129-SEB-TAB |

## INDICTMENT

18 U.S.C. § 922(g)(1)
[Felon in Possession of a Firearm]

The Grand Jury charges that:

On or about March 1, 2020, within the Southern District of Indiana, SEDRICK BAKER, the defendant herein, did knowingly possess in commerce and affecting commerce a firearm, to wit: a .32 Auto, Kel-Tec P32 handgun, after knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

>Dealing in a Substance Represented to be a Controlled Substance in Cause Number 49G21-1302-FC-011096, Marion County, Indiana, on or about June 11, 2013, and/or

>Possession of a Narcotic Drug in Cause Number 49G14-0501-FD-009617, Marion County, Indiana, on or about October 12, 2005,

in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of Count One of this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in" the offense.

3. The property subject to forfeiture includes, but is not necessarily limited to, the following:

   a. One .32 Auto, Kel-Tec P32 handgun bearing serial number 54296; and

   b. Any ammunition associated with the offense.

4. In addition, the United States may seek civil forfeiture of the property described above in paragraph 3 pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Abhishek Kambli
Assistant United States Attorney

2